## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTHONY DASTRA,** | **CIVIL ACTION** |
| Plaintiff, | |
| *v.* | **NO. 2:19-cv-04940-KSM** |
| **KYRIBA CORP.**, et al., | |
| Defendants. | |

## ORDER

**AND NOW**, this 10th day of August, 2020, having considered Defendants' Motion to Stay Matter and Compel Arbitration (Doc. No. 9) and Plaintiff's Opposition thereto (Doc. No. 13), it is **ORDERED** that Defendants' Motion (Doc. No. 9) is **GRANTED.**

**IT IS FURTHER ORDERED** that:

1. The parties shall submit their dispute to arbitration pursuant to the terms of the Arbitration Agreement (Doc. No. 9-2, Ex. A);

2. All proceedings in this action are **STAYED** pending arbitration of the plaintiff's claims; and

3. The Clerk of Court shall **CLOSE** this action administratively.

**IT IS SO ORDERED.**

/s/**KAREN SPENCER MARSTON**

KAREN SPENCER MARSTON, J.